IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SCL BASILISK AG and THORCO     )
SHIPPING A/S,                  )
                               )
      Plaintiffs,              )
                               )  CASE NO. CV416-162
v.                             )
                               )
AGRIBUSINESS UNITED SAVANNAH   )
LOGISTICS LLC, AGRIBUSINESS    )
UNITED INC, AGRIBUSINESS UNITED)
DMCC INC, AGRIBUSINESS UNITED  )
DMCC (DUBAI) LLC, and SONADA   )
AGRO LIMITED (UK) LLC,         )
                               )
      Defendants.              )
                               )



## O R D E R

Before the Court is Plaintiffs' Petition and Application for an Order for Security in Aid of Foreign Arbitration Pursuant to O.C.G.A. § 9-9-30. (Doc. 1.) Plaintiffs have notified the Court of a pending arbitration against Defendants Agribusiness United Savannah Logistics LLC ("Agribusiness Savannah") and Sonada Agro Limited (UK) LLC ("Sonada"). (Id. at 1.) Plaintiffs have alleged that Defendants Agribusiness Savannah and Sonada have multiple alter ego corporations and are "so entwined and fused that they collectively form a single unit." (Id. at 9.) Accordingly, Plaintiffs request that the Court require Defendants Agribusiness Savannah or Sonada to post security in the amount of $ 667,528.86. (Id. at 12.) In the alternative,

Plaintiffs request that the Court order the remaining Defendants to post security on the basis that they beneficially hold property for Defendants Agribusiness Savannah or Sonada or are their alter egos. (Id.)

Because of the expedited nature of this suit and the possibility that recovery in the arbitration may be hampered if security is not posted therefore, the Court has scheduled a hearing in this matter for **Monday, July 11, 2016** at **5:00 p.m.** in the Third Floor Courtroom of the Federal Courthouse in Savannah, Georgia. The parties are **DIRECTED** to be prepared to present evidence at the July 11 hearing concerning Plaintiffs' entitlement to relief pursuant to Ga. Code. Ann. § 9-9-30 and any affirmative defenses Defendants may have thereto. The Clerk of Court shall **DIRECT** the United States Marshals Service to serve a copy of this Order on Defendants' registered agents via the addresses provided by Plaintiffs in their Petition.[1] (Doc. 1.)

SO ORDERED this 6th day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As the Plaintiffs did not provide an address for the registered agent of Agribusiness United Savannah Logistics LLC, a copy of this order shall be served at its principle office address of 2 East Bryan Street, Suite 1150, Savannah, Georgia 31401.