# United States District Court
## *Southern District of Georgia*

SCL BASILISK AG, and
THORCO SHIPPING A/S

_____
Plaintiff

v.   AGRIBUSINESS UNITED SAVANNAH
LOGISTICS LLC, et al.
_____
Defendant

Case No.  4:16-cv-00162-WTM-GRS

Appearing on behalf of

Plaintiffs
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __11th__ day of __July__, __2016__.

_____
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

\*\*\*\*\*

NAME OF PETITIONER:  James H. Power

Business Address:  Holland & Knight LLP
_____
Firm/Business Name

31 West 52nd Street
_____
Street Address

New York         NY         10019
_____
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

_____
Address Line 2    City    State    Zip

212-523-3200
_____
Telephone Number (w/ area code)     Georgia Bar Number

Email Address:  james.power@hklaw.com

U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUL 11  PM 2:21
CLERK____
SO. DIST. OF GA.

# United States District Court

## *Southern District of Georgia*

SCL BASILISK AG, and
THORCO SHIPPING A/S
Plaintiff

Case No.   4:16-cv-00162-WTM-GRS

v. AGRIBUSINESS UNITED SAVANNAH
LOGISTICS LLC, et al.

Appearing on behalf of :   Plaintiffs

Plaintiffs

Defendant

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*,   James H. Power   hereby requests permission to appear pro hac vice in the subject case filed in the   Savannah   Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court,   Southern District of New York   . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates   Douglas E. Herman   as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This   11th   day of   July   ,   2016   .

_____
(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I,   Douglas E. Herman   , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This   11th   day of   July   ,   2016   .

076219
Georgia Bar Number

Signature of Local Counsel

912-236-3311
Business Telephone

Oliver Maner LLP (Law Firm)
218 West State Street (Business Address)
Savannah, GA  31401 (City, State, Zip)
PO Box 10186, Savannah, GA 31412 (Mailing Address)
dherman@olivermaner.com (Email Address)

Applicant James H. Power has appeared as counsel in the following cases in the United States District Court, Southern District of Georgia:

1.  DHL Project & Chartering Limited v. Newlead Holdings Ltd., et al. – Case No. 4:16-cv-00123-JRH-GRS

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>**JAMES H. POWER**</u>, Bar # <u>**JP9433**</u>

was duly admitted to practice in this Court on

<u>**MAY 28th, 1999**</u>, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
<u>New York, New York</u>   on   <u>**JULY 8th, 2016**</u>

<u>Ruby J. Krajick</u>   by *[signature]*
Clerk                    Deputy Clerk