# United States District Court
## *Southern District of Georgia*

SCL Basilisk AG, and Thorco
Shipping A/S

_____
Plaintiff

v.

Agribusiness United Savannah
Logistics LLC, et al.

_____
Defendant

Case No.   4:16-cv-00162-WTM-GRS
_____

Appearing on behalf of Defendants Agribusiness
United Savannah Logistics LLC, Agribusiness
United Inc. and Agribusiness United DMCC,
Inc.
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission
*pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in
the United States District Court for the Southern District of Georgia in the
subject case is **GRANTED**.

This ___11th___ day of ___July___, 2016

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:     JULIUS H. HINES
_____

Business Address:       K&L GATES, LLP
_____
Firm/Business Name

134 Meeting Street
_____
Street Address

| Suite 500 | Charleston | SC | 29401 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

_____

| | Address Line 2 | City | State | Zip |
|---|---|---|---|---|

843-579-5660
_____

| Telephone Number (w/ area code) | Georgia Bar Number |
|---|---|

Email Address:     julius.hines@klgates.com

Applicant Julius H. Hines has appeared as counsel in the following cases in the United States District Court, Southern District of Georgia:

1. Hilo Trading, et al. v. M/V Zim Santos, et al. –
   Case No. 4:00-CV-00157-BAE

2. Berry v. Mi-das Line SA, et al. –
   Case No. 4:08-CV-00159-WTM

3. Beason v. Mediterranean Shipping Company (USA) Inc. –
   Case No. 4:10-CV-BAE

# United States District Court

## *Southern District of Georgia*

SCL Basilisk AG, and Thorco Shipping A/S
_____
Plaintiff

Case No. ____4:16-cv-00162-WTM-GRS____

v.
Agribusiness United Savannah Logistics LLC, et al.
_____
Defendant

Appearing on behalf of : Defendants Agribusiness United Savannah Logistics LLC, Agribusiness United Inc. and Agribusiness United DMCC, Inc.
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* ____JULIUS H. HINES____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Southern____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ____District of South Carolina____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates ____MARK H. GLIDEWELL____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This ____11th____ day of ____July____ , 2016.

_____
(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, ____MARK H. GLIDEWELL____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This ____11th____ day of ____July____ , 2016 .

| 297346 | | |
|---|---|---|
| Georgia Bar Number | Signature of Local Counsel | |
| 912-234-8875 | Brannen, Searcy & Smith, LLP | (Law Firm) |
| Business Telephone | 22 East 34th Street | (Business Address) |
| | Savannah, GA  31412 | (City, State, Zip) |
| | P.O. Box 8002 | (Mailing Address) |
| | Savannah, GA  31412 | (Email Address) |