FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

# United States District Court
## Southern District of Georgia

2016 JUL 12 AM 8:24

CLERK_____
SO. DIST. OF GA.

SCL BASILISK AG, and
THORCO SHIPPING A/S

Case No. _____CV416-162_____

_____
Plaintiff

v.  AGRIBUSINESS UNITED
    SAVANNAH LLC, et al

Appearing on behalf of

_____Sonada Agro Limited (UK) LLC_____

_____
Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __11th__ day of __July__, __2016__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Alan R. Davis

Business Address:  Chaffe McCall, LLP
                   Firm/Business Name

1100 Poydras Street, Suite 2300
                   Street Address

New Orleans   LA   70163
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

504-585-7088
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  davis@chaffe.com

# United States District Court
## Southern District of Georgia

SCL BASILISK AG, and THORCO SHIPPING A/S

_____
Plaintiff

v. AGRIBUSINESS UNITED SAVANNAH LLC, et al

_____
Defendant

Case No. _____CV416-162_____

Appearing on behalf of: _____

Sonada Agro Limited (UK) LLC
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Alan R. Davis_____ hereby requests permission to appear pro hac vice in the subject case filed in the ___Savannah___ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ___Eastern District of Louisiana___. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Philip Thompson_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __11th__ day of ___July___, __2016__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Philip Thompson_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __11th__ day of ___July___, __2016__.

| | |
|---|---|
| 963572 | _____ |
| Georgia Bar Number | Signature of Local Counsel |
| 912-629-2765 | Ellis, Painter, Ratterree & Adams, LLP — (Law Firm) |
| Business Telephone | 2 East Bryan Street, 10th Floor — (Business Address) |
| | Savannah, Georgia 31401 — (City, State, Zip) |
| | P.O. Box 9946 (31412) — (Mailing Address) |
| | pthompson@epra-law.com — (Email Address) |

...

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____William W. Blevins_____, Clerk of this Court, certify that _____Alan Davis_____, Bar # _____31694_____, was duly admitted to practice in this Court on _____11/20/2008_____, and is in good standing as a member of the Bar of this Court.

Dated at _____New Orleans, LA_____ on _____07/11/2016_____
(Location)                                              (Date)

William W. Blevins
*CLERK*