# United States District Court
## *Southern District of Georgia*

SCL BASILISK AG and THORCO Shipping A/S,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV416-162,

Agribusiness United Savannah Logistics LLC, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/18/16 denying the Plaintiffs' Petition and Application for an Order for Security in Aid of Foreign Arbitration, judgment is hereby entered closing the case.



7/18/16     Scott L. Poff
Date     Clerk

*(signature)*
(By) Deputy Clerk